UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| REFINED METALS CORPORATION, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | No. 1:19-cv-4578-JMS-DLP |
| | ) | |
| NL INDUSTRIES, INC., | ) | |
| | ) | |
| *Defendant*. | ) | |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

Pursuant to the Court's Order entered this day granting Defendant's Motion to Dismiss,

the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff such that

this action is **DISMISSED WITH PREJUDICE** and Plaintiff shall take nothing by way of its

Complaint.

Date: 3/25/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**